UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 SEP 26 PM 2: 56

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

September 24, 2018

Catherine Denise Randolph
5100 Raintree Way, Apt. G
Baltimore, Maryland 21206

Re: September 24, 2018 letter to the court and other filings

Dear Ms. Randolph:

Your letter to the court was received on September 24, 2018. The attached complaint was carefully read and pre-screened by the court pursuant to the case of *In Re: Catherine Denise Randolph*, Miscellaneous No. 15-369 (D. Md.), and is now being returned to you, as it does not have a colorable basis in law and fact. The complaint raises similar allegations to your filings received on September 13, 2018; August 17, 2018; July 25, 2018; July 18, 2018; July 9, 2018; and June 27, 2018. Therefore, those filings are also being returned to you pursuant to *In Re: Catherine Denise Randolph*, Miscellaneous No. 15-369.

Review of the miscellaneous case shows that you have appealed the miscellaneous order or the return of your documents on approximately fourteen (14) separate occasions. The United States Court of Appeals has affirmed this court's pre-filing order and has dismissed your appeals of the return of your documents under the miscellaneous order, most recently on September 20, 2018.

Despite the informal nature of this memorandum, it shall constitute an Order of this court, and the Clerk is directed to docket it accordingly in Miscellaneous No. 15-369 (D. Md.).

Very truly yours,

James K. Bredar
Chief Judge