UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

November 1, 2018

Catherine Denise Randolph
9204 Swiven Place
Rosedale, Maryland 21237

Re: Miscellaneous No. 15-369

Dear Ms. Randolph:

The Court received your filings on October 9, 2018, October 19, 2018, October 22, 2018, and November 1, 2018. The documents were carefully read and pre-screened by the Court pursuant to the case of *In Re: Catherine Denise Randolph*, Miscellaneous No. 15-369 (D. Md.). They are now being returned to you, as they do not have a colorable basis in law and fact, and they raise allegations similar to those in your previous filings.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly in Miscellaneous No. 15-369 (D. Md.).

Very truly yours,

James K. Bredar
Chief Judge