UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
101 W. Lombard Street
Baltimore, Maryland 21201-2691

November 29, 2018

Catherine Denise Randolph
9204 Swiven Place, Apt. 3D
Rosedale, Maryland 21237

Re: Miscellaneous No. 15-369

Dear Ms. Randolph:

The Court received your filings on November 9, 2018, November 26, 2018, and November 29, 2018, as well as a copy of your Notice of Appeal on November 19, 2018. The documents were carefully read and pre-screened by the Court. They are now being returned to you pursuant to this Court's August 11, 2015 Order in the case of *In Re: Catherine Denise Randolph*, Miscellaneous No. 15-369 (D. Md.)., as they do not have a colorable basis in law and fact.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly in Miscellaneous No. 15-369 (D. Md.).

Very truly yours,

James K. Bredar
Chief Judge